## Welcome W. Hart v. John E. Blake.

*Justice's courts : Objection against long summons : Joining issue : Waiver.* The objection that plaintiff in an action brought in justice's court had improperly sued by a long summons is one that is waived by joining issue.

*Detention of property : Measure of damages : Value of its use.* The measure of damages for the detention of property is the value of its use.

*Trespass : Declaration : Detention : Damages.* Where a declaration in trespass for taking and detaining a scow expressly avers the detention for a considerable period, it cannot be said that damages for such detention are not allowable.

*Submitted on briefs January 27. Decided January 29.*

Case made from Ottawa Circuit.

*Lowing, Cross & Angel,* for plaintiff.

*Akeley & Stewart,* for defendant.

CAMPBELL, J.

Hart sued Blake in trespass for taking and detaining a scow. Defendant pleaded the general issue. Plaintiff obtained judgment, from which defendant appealed to the circuit, where judgment was again recovered against him, which is brought here on error.

The objection that plaintiff had improperly sued by a long summons, if there was any thing in it, was waived by joining issue.

The declaration averring expressly the detention of the scow for a considerable period, the damages for such detention were plainly within it, and the value of its use was the obvious measure of such damages.

The grounds of error are frivolous, and would justify an extra allowance if the cause involved greater interests.

The judgment must be affirmed, with costs.

GRAVES, CH. J., and COOLEY, J., concurred.

CHRISTIANCY, J., did not sit in this case.